**Order entered October 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01413-CV

### MARSHALL HODGES D/B/A GUARANTEED PRINTING SUPPLY AND RHON ROMMER, Appellant

### V.

### JITENDRA RAJPAL, Appellee

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 09-08231

## ORDER

The Court has before it appellee Jitendra Rajpal's October 8, 2014 unopposed motion for leave to file an amended appellee's brief containing a Table of Contents and Index of Authorities and reformatted in fourteen-point font. We **GRANT** appellee's motion and **DIRECT** the Clerk to file appellee's Amended Brief tendered in conjunction with appellee's unopposed motion for leave to file an amended brief.

/s/    ROBERT M. FILLMORE
        JUSTICE